IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BROWN | PLAINTIFF |
| v. | CAUSE NO. 1:10CV405 LG-RHW |
| GULFPORT POLICE DEPARTMENT, ET AL. | DEFENDANTS |

## ORDER GRANTING MOTION OF GULFPORT, MISSISSIPPI TO DISMISS PURSUANT TO FED. R. CIV. P. 56 OR OTHER GROUNDS

BEFORE THE COURT is the Motion [120] to Dismiss pursuant to Fed. R. Civ. P. 56 filed by the City of Gulfport, Mississippi, the sole remaining defendant in this case. The City requests dismissal of Plaintiff's claims that its training, hiring and supervision practices or policies resulted in constitutional violations. In a letter to the Court, the Plaintiff indicates that he does not intend to respond, because he does not have a good faith basis for opposing the Motion. He states that judgment may be entered as unopposed. Because the parties agree that judgment as a matter of law is appropriate, the Court will grant the City's Motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion [120] to Dismiss pursuant to Fed. R. Civ. P. 56 filed by the City of Gulfport, Mississippi, is **GRANTED**. Plaintiff's claims against the City of Gulfport are dismissed. Plaintiff's claims having now been concluded, a separate judgment will enter.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE