IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH BROWN**                                                                 **PLAINTIFF**

v.                                              **CAUSE NO. 1:10CV405 LG-RHW**

**GULFPORT POLICE DEPARTMENT, ET AL.**                 **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Defendants' motions to dismiss or for summary judgment, and in accordance with the Court's Orders entered thereupon,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants. Plaintiff's claims against the Defendants are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2012.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    CHIEF U.S. DISTRICT JUDGE